818 A.2d 329
IN THE MATTER OF LOIS ANNE WOOD,
AN ATTORNEY AT LAW.

March 26, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–149, concluding that **LOIS ANNE WOOD** of **TRENTON**, who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **LOIS ANNE WOOD** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.